**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:     Tika Anderson English v. The State of Texas

Appellate case numbers:  01-17-00598-CR; 01-17-00599-CR

Trial court case numbers: 1477504; 1477505

Trial court:             178th District Court of Harris County

On April 10, 2018, after appellant's appointed counsel failed to file appellant's brief, these appeals were abated and remanded to the trial court to determine whether good cause exists to remove appellant's appointed counsel and to appoint substitute counsel. Appellant's counsel subsequently filed appellant's brief on May 1, 2018. Because appellant's brief has been filed, we reinstate the cases on the Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Jane Bland _____

Acting individually

Date: May 17, 2018 _____